Department. March 27, 1914.) Action by Samuel E. Bolles against William Scheer. O. S. Bowling, of New York City, for appellant. J. L. Parks, Jr., of New York City, for respondent.

PER CURIAM. Order affirmed with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1100.

DOWLING, J., dissents.

BOLLES v. SCHEER. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Samuel E. Bolles against William Scheer. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1099.

BOOTH, Respondent, v. H. S. KERBAUGH, Inc., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Elijah Booth against H. S. Kerbaugh, Incorporated. No opinion. Judgment and order affirmed, with costs. See, also, 82 Misc. Rep. 57, 143 N. Y. Supp. 624.

BOWES, Respondent, v. W. H. SMALL & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by William L. Bowes against W. H. Small & Co. No opinion. Judgment and order affirmed, with costs.

BOYD, Respondent, v. BUFFALO STEAM ROLLER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Donald D. Boyd against the Buffalo Steam Roller Company. No opinion. Motion granted, and appeal dismissed, with costs, including $10 costs of this motion.

BRAGG, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Lillian E. Bragg, as administratrix, etc., against the Central New England Railway Company.

PER CURIAM. Motion dismissed. Under the provisions of Judiciary Law (Laws 1909, c. 35 [Consol. Laws, c. 30]) § 2, subd. 3, the Appellate Division of the Supreme Court is constituted a court of record, as is also the Supreme Court by subdivision 4. The justice who granted the order to show cause in this case is not a member of this court, and had no power to grant the same. See, also, 160 App. Div. 603, 145 N. Y. Supp. 1049; 147 N. Y. Supp. 1100.

BRAGG, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Lillian B. Bragg, as administratrix, etc., of George Bragg, deceased, against the Central New England Railway Company. No opinion. Motion granted. See, also, 147 N. Y. Supp. 1100.

BRANNAN v. UNION STOCKYARDS BANK OF BUFFALO et al. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Harvey J. Brannan against the Union Stockyards Bank of Buffalo, impleaded with others. No opinion. Judgment affirmed, with costs.

BRAYER, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by John F. Brayer against Lily B. M. Fenn, as executrix, etc., with 36 other actions against the same defendant.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, P. J., dissents, upon the ground that, even if the original papers were defective, the supplemental affidavit supplied the defects and insufficiencies, and should have been received and considered, as provided by section 768 of the Code of Civil Procedure, as amended in 1911 by Laws 1911, c. 763.

BRENNAN, Respondent, v. TRUSTEES OF VILLAGE OF BATH, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Johanna Brennan, as administratrix, etc., against the Trustees of the Village of Bath.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 143 App. Div. 740, 128 N. Y. Supp. 204.

FOOTE and MERRELL, JJ., dissent upon the grounds: (1) That it does not appear that the negligence of the defendant, if any, occasioned the death of the plaintiff's intestate; (2) that the deceased was not shown free from contributory negligence.

BRIELMANN, Respondent, v. SEITZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Johanna Brielmann against Louis A. Seitz. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to answer within 20 days on payment of the costs awarded at Special Term and on this appeal.

BROOKLYN MAJESTIC THEATER CO., Appellant, v. HYDE & BEHMAN AMUSEMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by the Brooklyn Majestic Theater Company against the Hyde & Behman Amusement Company. No opinion. Judgment affirmed, with costs.

BROWN et al., Appellants, v. WALTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by William P. Brown and others against William C. Walter. No opinion. Judgment affirmed, with costs. For opinion below, see 145 N. Y. Supp. 859.

BROWNELL, Respondent, v. PARSONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Charles A. Brownell against John G. Parsons. No opinion. Judgment reversed, and complaint dismissed, with costs in this court and in the County Court to appellant. Held, that the six-year statute of limitations applies, and that the cause of action was barred thereby.